**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01152-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**JOHNNY FELIPE MUNOZ, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-10-00309-E**

## ORDER

We **GRANT** court reporter Vikki Ogden's March 31, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be filed by **JUNE 5, 2015**.

/s/      ELIZABETH LANG-MIERS
        JUSTICE